THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD

SMITH, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed by default.   Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur.